IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY SANDOVAL, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-05-3065 |
| | § | |
| SCONET INC., ET AL., | § | |
|     Defendant, | § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS** will be filed by:     MARCH 1, 2006

    Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:     APRIL 17, 2006

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:     MAY 22, 2006

4. **DISCOVERY** must be completed by:     JUNE 26, 2006

    Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:     JULY 12, 2006

6. **NON-DISPOSITIVE MOTIONS** will be filed by:     JULY 12, 2006

7. **JOINT PRETRIAL ORDER** will be filed by:     NOVEMBER 6, 2006

    Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 1:30 P.M.     NOVEMBER 17, 2006

9. **TRIAL** is set for the two weeks starting:     NOVEMBER 20, 2006

Signed at Houston, Texas this 13th day of December, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE