UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY SANDOVAL, *et al*, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | CIVIL ACTION NO. H-05-3065 |
| | } | |
| SCONET, INC., *et al*, | } | |
| | } | |
| Defendants. | } | |

## FINAL JUDGMENT

On February 28, 2007 trial before a jury of the issues raised in the above styled and numbered case was concluded with a jury verdict rendered in favor of Defendants ScoNet, Inc. and Michel Yammine and against Plaintiffs Anthony Sandoval and Derek Hyatt. Accordingly

It is **ORDERED** and **ADJUDGED** that Plaintiffs Anthony Sandoval and Derek Hyatt take nothing, that the action be dismissed on the merits and that the Defendants ScoNet, Inc. and Michel Yammine recover of Plaintiffs Plaintiffs Anthony Sandoval and Derek Hyatt their costs of action.

Signed at Houston, Texas, this 30th day of March, 2007.

Melinda Harmon
United States District Judge