UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY SANDOVAL, *et al*, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | CIVIL ACTION NO. H-05-3065 |
| | } | |
| SCONET, INC., *et al*, | } | |
| | } | |
| Defendants. | } | |

### ORDER

Pending before the court in this Fair Labor Standards Act ("FLSA") are Plaintiffs' motion for judgment as a matter of law (Doc. 46) and their motion for a new trial (Doc. 47). Defendants have filed a response (Doc. 48). All of Plaintiffs' arguments were addressed and resolved by the court during the course of the three-day jury trial held in this matter. The jury returned a verdict against the Plaintiffs on all the special interrogatories presented. This verdict was amply supported by the record. Accordingly, the court **ORDERS** that Plaintiffs' motions (Docs. 46 & 47) are **DENIED**.

Signed at Houston, Texas, this 2nd day of July, 2007.

Melinda Harmon
United States District Judge